IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Eric Andrew Rieb, | ) | C/A No.: 1:09-2642-RMG-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Robert M. Stevenson, III, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

In this action seeking habeas corpus relief under 28 U.S.C. § 2241, Petitioner filed an Application to Appeal In Forma Pauperis on Appeal on August 10, 2011. [Entry #97]. The Application was referred to the undersigned magistrate judge. [Entry #99]. However, Plaintiff has not completed the correct Application. Accordingly, the undersigned permits Petitioner until September 12, 2011 to:

> Fully complete, sign, and return the Form AO-239 (application to proceed in forma pauperis) attached to this order. In response to question 1, Petitioner should attach a printout of his inmate account. If Petitioner cannot obtain a certified statement from the institution related to his inmate account, he should explain his efforts to do so with accompanying documentation.

Plaintiff's failure to submit this information by September 12, 2011, may result in denial of his Application to Appeal In Forma Pauperis. The Clerk of Court is directed to mail a Form AO-239 to Petitioner in addition to a copy of this order.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 15, 2011                               Shiva V. Hodges
Florence, South Carolina                      United States Magistrate Judge